

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-18-00112-CV

IN THE INTEREST OF N.V.R., D.A.R., AND J.T.R., CHILDREN

On Appeal from the 124th District Court
Gregg County, Texas
Trial Court No. 2007-2400-B

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

William Runnels filed a timely notice of appeal on December 21, 2018. The clerk's record was filed on March 5, 2019. The reporter's record was filed on March 28, 2019. The original deadline for Runnels' appellate brief was April 29, 2019. When neither a brief nor a motion to extend time for filing same was received by April 29, 2019, this Court advised Runnels by letter dated May 14, 2019, that the brief was late. We further extended the deadline for filing the brief to May 29, 2019. We warned Runnels that failure to file the brief by May 29, 2019, would subject this appeal to dismissal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

On May 23, 2019, Runnels filed a motion for an extension of time in which to file his brief. We granted that motion and extended the briefing deadline to June 24, 2019. When neither a brief nor a motion to extend time for filing same was received by June 24, 2019, this Court advised Runnels by letter dated July 10, 2019, that the brief was late. We further extended the deadline for filing the brief to July 25, 2019, and again warned Runnels that failure to file the brief by July 25, 2019, would subject this appeal to dismissal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c). Runnels has not filed his appellate brief. Instead, Runnels has filed a motion to extend time in which to file his brief seeking a thirty-day extension of the deadline to August 26, 2019. We deny this motion.

Runnels has been twice warned that the failure to timely file his appellate brief would subject his appeal to dismissal for want of prosecution. To date, Runnels has had in excess of 140 days in which to prepare his brief. Runnels' appeal is ripe for dismissal for want of prosecution.

Pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

<div style="margin-left: 45%;">

Josh R. Morriss, III
Chief Justice

</div>

Date Submitted:      August 20, 2019
Date Decided:        August 21, 2019